Daniel C. Green (ISB#: 3213)
RACINE, OLSON, NYE &
BUDGE, CHARTERED
P.O. Box 1391
Pocatello, Idaho 83204
Phone: (208)232-6101
Fax: (208) 232-6109

*Attorneys for Gary Rainsdon*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>TRAVIS ALLEN PIERCE and ANDREA DIANNE CLARK-PIERCE,<br><br>Debtors. | Case No. 16-41194-JDP<br>(Chapter 7) |

**APPLICATION FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES BY TRUSTEE'S ATTORNEY**

---

<u>No objection</u>.  The Court may consider this request for an order without further notice of hearing unless a party in interest files an objection within twenty-one [21] days of the date of service of this notice.

If an objection is not filed within the time permitted, the court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection</u>.  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.

<u>Hearing on Objection</u>.   The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

COME NOW Racine Olson Nye & Budge, Chartered, ("Applicant") and respectfully represents to the Court as follows:

1. Applicant has acted as attorney for Gary Rainsdon, the duly appointed and acting trustee in the above entitled proceeding which was filed on December 27, 2016. Applicant was employed under authority of an Order of this Court dated April 3, 2017.

2. Applicant has since performed valuable services for said Trustee and the estate of the above-named Debtors on an agreed hourly rate basis, the nature and extent of such services being described more fully in the Detail Fee Transaction List, a copy of which is attached hereto and incorporated herein by reference.

3. The value of said services described above is as follows: $1,449.00. Said rate charged is less than or equal to rates Applicant charges non-bankruptcy clients for similar services.

4. All the services for which compensation is requested by Applicant were performed for and on behalf of the Trustee and not on behalf of any committee, creditor or other persons. Each attorney and paraprofessional involved in the services for which compensation is requested are specifically identified in Exhibit "B." A narrative summary of professional fees is attached hereto as Exhibit "C." A "Nature and Extent of Services Provided" summary is attached hereto as Exhibit "D."

5. Because of said services rendered by Applicant, the Debtors' estate has been benefitted as Applicant was employed to assist the Trustee in avoiding Idaho Central Credit Union's lien in a 2008 Dodge Ram 1500 Pickup Truck so the truck could be liquidated for the benefit of the Estate.

6. Applicant certifies that the Trustee has reviewed the requested compensation and reimbursement of expenses and has approved the same.

WHEREFORE, Applicant prays that the Trustee be ordered and authorized to pay the sum of $1,449.00 as and for compensation for services rendered as attorney for the Trustee, or such amount as to the Court may seem reasonable and just, for final compensation, as part of the costs and expenses of the administration of the above Debtor's estate.

DATED this 25 day of June, 2018.

                        RACINE OLSON NYE & BUDGE
                        CHARTERED

                        By: /s/ Daniel C. Green
                             DANIEL C. GREEN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25 day of June, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means as more fully reflected ofn the Notice of Electronic Filing:

Gary L. Rainsdon
trustee@filertel.com
id12@ecfcbis.com
grainsdon@ecf.eqipsystems.com
debm@filertel.com
tinal@filertel.com

Alexandra O Caval
alex@cavallawoffice.com

U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

Additionally, a copy of the foregoing was served on the parties listed in the attached mailing matrix and the following parties by first class mail, postage prepaid, addressed to:

Travis Allen Pierce
487 Hailee Avenue
Twin Falls, ID 83301

Andrea Dianne Clark-Pierce
487 Hailee Avenue
Twin Falls, ID 833-1

/s/ Daniel C. Green
DANIEL C. GREEN

```
Label Matrix for local noticing        AFNI Inc                              AT T
0976-8                                 1310 MLK Drive                        P.O. Box 6416
Case 16-41194-JMM                      P.O. Box 3517                         Carol Stream, IL 60197-6416
District of Idaho                      Bloomington, IL 61702-3517
Twin Falls
Tue Jun  5 09:47:05 MDT 2018

Action Collection Svc                  (p)AMERICAN ENTERPRISES               American Express Bank, FSB
1325 S Vista Ave                       W129N11040 WASHINGTON DR              c/o Becket and Lee LLP
Boise, ID 83705-2533                   GERMANTOWN WI 53022-4451              PO Box 3001
                                                                             Malvern  PA 19355-0701


Amex                                   Barclay's Bank Delaware               Barclays Bank Delaware
Correspondence                         Financial Recovery Services           100 S West St
Po Box 981540                          P.O. Box 385908                       Wilmington, DE 19801-5015
El Paso, TX 79998-1540                 Minneapolis, MN 55438-5908


Bonneville Collections                 Bonneville Collections                Campus Park Housing
6026 Fashion Point Dr.                 Po Box 150621                         122 Falls Ave W
Ogden, UT 84403-4851                   Ogden, UT 84415-0621                  Twin Falls, ID 83301-3172


Capital One Bank (USA), N.A.           Alexandra O Caval                     Cdi Affiliated Service
PO Box 71083                           Caval Law Office, P.C.                1451 N Hartman St
Charlotte, NC  28272-1083              POB 1716                              Boise, ID 83704-8849
                                       Twin Falls, ID 83303-1716


Andrea Dianne Clark-Pierce             Collection Bureau Inc.                Comenity Bank/Gordmans
487 Hailee Ave                         P.O. Box 1219                         Comenity Bank
Twin Falls, ID 83301-7625              Nampa, ID 83653-1219                  Po Box 182125
                                                                             Columbus, OH 43218-2125


Continental Loans                      Credit Acceptance                     Credit One Bank Na
Sfc Centralized Bankruptcy/Continental L  25505 West 12 Mile Rd              Po Box 98873
Po Box 1893                            Suite 3000                            Las Vegas, NV 89193-8873
Spartanburg, SC 29304-1893             Southfield, MI 48034-8331


Dept Of Health welfare                 (p)DIRECTV LLC                        Dokmay Senebandith
450 W State St                         ATTN BANKRUPTCIES                     1160 W Emerson Dr.
Boise, ID 83702-6056                   PO BOX 6550                           Boise, ID 83709
                                       GREENWOOD VILLAGE CO 80155-6550


ERC/Enhanced Recovery Corp             (p)FAMILY HEALTH SERVICES             Farm Bureau Finance
8014 Bayberry Rd                       826 EASTLAND DR                       P.O. Box 4848
Jacksonville, FL 32256-7412            TWIN FALLS IN 83301-6858              Pocatello, ID 83205-4848


Fed Loan Sevicing                      First National Collection             Gold's Gym of Twin Falls
Po Box 60610                           P.O. Box 51660                        1471 Fillmore St
Harrisburg, PA 17106-0610              Sparks, NV 89435-1660                 Twin Falls, ID 83301-4983
```

Daniel C Green
POB 1391
Pocatello, ID 83204-1391

Hughes  Cress Dental
834 Falls Avenue #2030
Twin Falls, ID 83301-3381

Idaho Collection Bureau
P.O. Box 576
Twin Falls, ID 83303-0576

Idaho Housing  Finance
P.O. Box 7899
Boise, ID 83707-1899

Idaho Power
P.O. Box 70
Boise, ID 83707-0070

Johnson Mark LLC
P.O. Box 7811
Sandy, UT 84091-7811

Ken Kuntz
1037 Arrow Wood Ct 83301-3781

Kevin Hamblin DDS
1415 Fillmore Ave N #701
Twin Falls, ID 83301-3346

Magic Valley Gymnastics
2371 Wright Ave
Twin Falls, ID 83301-7999

(p)MEDICAL RECOVERY SERVICES
P O BOX 51178
IDAHO FALLS ID 83405-1178

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Travis Allen Pierce
487 Hailee Ave
Twin Falls, ID 83301-7625

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Preferred Child  Family Svc
284 Martin St
Twin Falls, ID 83301-4542

Gary L Rainsdon
POB 506
Twin Falls, ID 83303-0506

Sage Health Care
413 N Allumbaugh #101
Boise, ID 83704-9219

Security Finance of Idaho
686 Blue Lakes Blvd N
Twin Falls, ID 83301-4035

Simple Finance
9815 S. Monroe St. FL 4
Sandy, UT 84070-4297

St. Luke's Health System
P.O. Box 2578
Boise, ID 83701-2578

St. Luke's Magic Valley
212 3rd Ave S
Twin Falls, ID 83301-6200

St. Luke's Magic Valley
P.O. Box 409
Twin Falls, ID 83303-0409

Statewide Collection
311 5th Ave N
Twin Falls, ID 83301-5943

Stellar Recovery Inc
Attn: Bankruptcy
4500 Salisbury Road Ste 105
Jackonville, FL 32216-8035

Stellar Recovery Inc
P.O. Box 1119
Charlotte, NC 28201-1119

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Times News
P.O. Box 548
Twin Falls, ID 83303-0548

U.S. Department of Education
C/O FedLoan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

US Trustee
Washington Group Central Plaza
720 Park Blvd, Ste 220
Boise, ID 83712-7785

United Consumer Financial Serv
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

United Consumer Financial Services
865 Bassett Rd
Westlake, OH 44145-1194

| | | |
|---|---|---|
| United Consumer Financial Services<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite 200<br>Tucson, AZ 85712-1083 | Us Dept of Ed/Great Lakes Educational Lo<br>Po Box 7860<br>Madison, WI 53707-7860 | Verizon<br>by American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 |
| Wilson Bates<br>1710 Kimberly Rd<br>Twin Falls, ID 83301-7325 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Enterprises<br>P.O. Box 610<br>Germantown, WI 53022 | DirectTV<br>P.O. Box 78626<br>Phoenix, AZ 85062 | Family Health Services<br>1102 Eastland Drive N<br>Twin Falls, ID 83301 |
| Medical Recovery Services<br>430 Shoup Ave<br>Idaho Falls, ID 83402 | Portfolio Recovery<br>Po Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Medical Recovery Services<br>P.O. Box 51178<br>Idaho Falls, ID 83405-1178 | (d)Gary L Rainsdon<br>POB 506<br>Twin Falls, ID 83303-0506 | End of Label Matrix<br>Mailable recipients   63<br>Bypassed recipients    2<br>Total                 65 |